UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARCHER DANIELS MIDLAND CO., )<br>　　　　Plaintiff, )<br> )<br>-v- )<br> )<br>GEOFFERY M. HUHN, )<br>GREGORY HUHN, AND )<br>HUHN FARMS, )<br>　　　　Defendants. )<br>_____ ) | No. 1:13-cv-146<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having reviewed the Plaintiff's motion to reopen case for purposes of approving stipulation of entry of agreed judgment and entering order of judgment (ECF No. 23) and the attached record, and having found such motion, stipulation, and order to be sufficient for purposes of entering judgment, **JUDGMENT** is hereby entered in favor of Plaintiff Archer Daniels Midland Company and against the Defendants, Geoffery M. Huhn, Gregory Huhn, and Huhn Farms, in the amount of $137,000.

　　**IT IS SO ORDERED.**


Date:　June 24, 2015　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge